IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CLIFFORD FAIRFAX, ID # 418151,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:07-CV-0094-N |
| | ) | ECF |
| **LUPE VALDEZ, et al.,** | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's motion to proceed *in forma pauperis* and motion for class certification. By separate judgment, the Court summarily dismisses this action pursuant to 28 U.S.C. § 1915(g).

**SIGNED March 21, 2007.**

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**